**Order entered December 1, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00362-CV

### NINA D. WHITE, Appellant

### V.

### GUADALUPE PADILLA, Appellee

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-08917

## ORDER

Before the Court is appellant's November 29, 2016 motion asking that the Court appoint counsel for her and extend the time to file an amended brief. This Court does not appoint counsel. We **GRANT** appellant's motion to the extent that we extend the time to file an amended brief to **DECEMBER 30, 2016**.

/s/      ELIZABETH LANG-MIERS
JUSTICE